CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/18/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. 6:20-cr-00013-001 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| CHERIE ANNE WASHBURN ) | Chief United States District Judge |

**ORDER TERMINATING TERM OF SUPERVISED RELEASE**

For the reasons stated in the accompanying memorandum opinion, it is HEREBY ORDERED that:

1. Washburn's motion for early termination of supervised release (Dkt. No. 96) is GRANTED; and

2. Washburn's supervised release is hereby TERMINATED.

The clerk is directed to provide a copy of this order and accompanying memorandum opinion to Washburn, all counsel of record, and the United States Probation Office.

Entered: November 18, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge